

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **MARGARET ALLEN** | * | CASE NO. C-1-02-412 |
| Plaintiff | * | Judge Weber |
| | | Magistrate Judge Timothy S. Hogan |
| -vs- | * | |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA** | * | |
| | * | |
| Defendant | | |

## MOTION TO SUPPLEMENT OBJECTIONS UPON RECEIPT OF TRANSCRIPT

Now comes Plaintiff, MARGARET ALLEN, by and through the undersigned counsel, and hereby moves this court for leave to supplement the Objections to the Report of the Magistrate filed on even date. A memorandum in support of this motion is attached herewith.

Respectfully submitted:

_____
RICHARD B. REILING (#0066118)
111 West First St., Suite 1000
Dayton, OH 45402
(937) 222-1148
Attorney for Plaintiff

Richard B. Reiling
Walsh & Reiling
111 W. First St.
Suite 1000
Dayton, OH 45402
937.222.1148

## MEMORANDUM

On or about September 11, 2003 Plaintiff, Margaret Allen, by and through the undersigned counsel, received notice of the September 5, 2003 Report of Magistrate Hogan herein. Objections to this report have been filed on September 15, 2003. Plaintiff respectfully suggests that a transcript of the oral argument held before Magistrate Hogan would be helpful to aid this court in determining the merit of Plaintiff's objections. Plaintiff likewise states that additional

time is necessary to fully research and respond to the issues raised in the Magistrate's subject report. Plaintiff therefore respectfully prays for leave to file supplemental objections to the report of the Magistrate within 20 days of receipt of the transcript of said oral arguments.

        Respectfully submitted:

        RICHARD B. REILING (#0066118)
        111 West First St., Suite 1000
        Dayton, OH 45402
        (937) 222-1148
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Plaintiff's Objection has been served upon Bret K. Bacon and Michael J. Holleran, counsel for Defendant, at 55 Public Square Bldg., 19th Floor, Cleveland, OH 44113, by First Class U.S. Mail, postage prepaid, this _15_ day of September 2003.

        RICHARD B. REILING (#0066118)

Richard B. Reiling
Walsh & Reiling
111 W. First St.
Suite 1000
Dayton, OH 45402
937.222.1148