C-1-02-412

03 SEP 15 PM 3:20

The undersigned wishes to advise the Court that participation in the Electronic Case Management System is either impractical or impossible in this case for the following reason(s):

☐ Undersigned is proceeding *pro se* (without counsel) in this litigation

☒ Undersigned neither owns nor has ready access to the necessary automation equipment

☐ Other:_____

Name Richard B. Reiling
Ohio Bar Registration Number (if applicable) 0066118
Address 111 West 1st Street, Suite 1000, Dayton, Ohio 45402
Telephone (937) 222-1148
Fax (937) 222-3500
E-Mail Address (if applicable) Reilinglaw6Aol.com

Please return this form to the Clerk of Court's Office in the location of Court where this matter is pending.

Columbus
Joseph P. Kinneary U. S. Courthouse
85 Marconi Blvd., Room 260
Columbus, OH 43215

Cincinnati
Potter Stewart U. S. Courthouse
100 E. Fifth Street, Room 324
Cincinnati, OH 45202

Dayton
Federal Building
200 West Second Street, Room 712

27