IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARGARET ALLEN,

    Plaintiff

v                                        Civil: C-1-02-412

UNUM LIFE INSURANCE,

    Defendant

**ORDER**

    The above styled case is before the Court on Plaintiff's Motion to Supplement Objections (#29) and Plaintiff's Notice of Inability to File Electronically (#30).

    The Court upon review of the record, and with no Objection by the defense, GRANTS Plaintiff's Motion to Supplement Objections (#29). Plaintiff shall file said Supplement within 20 days of the date of this Order.

    Counsel for Plaintiff has notified the Court of their intent to comply with Electronic Filing, therefore Plaintiff shall have 60 days from the date of this Order to comply with all aspects of the Electronic Filing requirement.

    **IT IS SO ORDERED.**

                                              **s/Herman J. Weber**
                                        **Herman J. Weber, Senior Judge**
                                        **United States District Court**