UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Allen,
      Plaintiff,

v.                                         Case No. 1:02cv412
                                            (Weber, J.; Hogan, M.J.)

Unum Insurance Co.,
      Defendant.

_____

ORDER
_____

      This matter is before the Court on Defendant's motion to extend time to respond to Plaintiff's supplemental memo in support of judgment to the Plaintiff (Doc. 25). Pursuant to Defendant's response filed August 1, 2003, the Court finds Defendant's motion moot.

      SO ORDERED.


   3/12/2004                                       s/Timothy S. Hogan
Date                                            TIMOTHY S. HOGAN
bac    March 12, 2004                     U.S. Magistrate Judge
J:\CRUMBA\FORMS\CALENDAR\2002\02-412.WPD