UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARGARET ALLEN,

          Plaintiff

     v.                                  C-1-02-412

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

          Defendant

**ORDER**

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 27) and plaintiff's objections thereto (doc. no. 28). On October 28, 2003, the Court granted plaintiff's request to file supplemental objections (doc. no. 31). No supplemental objections have been filed. The Magistrate Judge recommended that defendant's Motion for Judgment on the Administrative Record (doc. no. 11) be granted and this case be terminated on the docket of this Court.

Plaintiff objects to the Judge's Report and Recommendation on the grounds that his findings are contrary to law and unsupported by the administrative record.

Upon a *de novo* review of the record, especially in light of plaintiff's objections, the Court finds that plaintiff's objections have either been adequately addressed and properly disposed of by the Judge or present no particularized arguments that warrant specific responses by this Court. The Court finds that the Magistrate Judge has accurately set forth

2

the controlling principles of law and properly applied them to the particular facts of this case and agrees with the Judge.

Accordingly, the Court hereby **ADOPTS AND INCORPORATES HEREIN BY REFERENCE** the Report and Recommendation of the United States Magistrate Judge (doc. no. 27). Defendant's Motion for Judgment on the Administrative Record (doc. no. 11) is **GRANTED**.

This case is **DISMISSED AND TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

                                          s/Herman J. Weber
                                   Herman J. Weber, Senior Judge
                                   United States District Court

J:\DOCUMENT\PRISONER\02-412.wpd