**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

MARGARET ALLEN,

    Plaintiff,

-vs-                                              Case No. C-1-02-412

UNUM LIFE INSURANCE CO. OF AMERICA,

    Defendants.

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Report and Recommendation is Adopted. Defendant's Motion for Judgment on the Administrative Record is Granted. This case is Terminated on the docket of this Court.

Date:   March 25, 2004                                               JAMES BONINI., CLERK

                                                                                   By:s/   Darlene Maury
                                                                                    Darlene Maury, Deputy Clerk