```
Thu Apr 22 14:33:41 2004

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 422635
Cashier       kj1

Check Number: 3543

DO Code    Div No
 4661        1

Sub Acct Type Tender    Amount
1:086900  N     2       105.00
2:510000  N     2       150.00

Total Amount       $    255.00

RICHARD REILING

APPEAL FEE C-1-02-412




Thu Apr 22 14:33:41 2004

Check No.  3543
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```