FILED
JAMES BONINI
CLERK

04 APR 22 PM 2: 54

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **MARGARET ALLEN** | * | **CASE NO. C-1-02-412** |
| **Plaintiff** | * | |
| | | **Judge Weber** |
| **-vs-** | * | **Magistrate Sherman** |
| **UNUM INSURANCE** | * | |
| **Defendant** | * | |

---

## MOTION FOR LEAVE TO FILE MANUALLY

---

     Now comes Plaintiff, MARGARET ALLEN, by and through the undersigned counsel, and hereby moves this court for leave to file the notice of appeal herein manually.  In support of this motion undersigned counsel states that he is attending a class on Thursday, April 22, 2004 in connection with electronic filing in order to bring his office into compliance with the federal electronic filing requirements and has upgraded his office's computer programs and software in order to permit the same.  Plaintiff therefore prays for the requested relief.

                               Respectfully submitted:

                               RICHARD B. REILING  (#0066118)
                               111 West First St., Suite 1000
                               Dayton, OH 45402
                               (937) 222-1148

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a copy of the foregoing Plaintiff's Objection has been served upon Bret K. Bacon and Michael J. Holleran, counsel for Defendant, at 55 Public Square Bldg., 19th Floor, Cleveland, OH 44113, by First Class U.S. Mail, postage prepaid, this 21st day of April, 2004.

                               RICHARD B. REILING  (#0066118)