

FILED
JAMES BONINI
CLERK

04 APR 22 PM 2:55

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **MARGARET ALLEN** | * | CASE NO. C-1-02-412 |
| Plaintiff | * | Judge Weber |
| -vs- | * | Magistrate Sherman |
| **UNUM INSURANCE** | * | |
| Defendant | * | |

## PRAECIPE FOR TRANSMISSION OF THE RECORD

TO THE CLERK:

Now comes Plaintiff, MARGARET ALLEN, by and through the undersigned counsel, and hereby requests that a true and complete copy of the record herein be submitted to the Sixth Circuit Court of Appeals.

Respectfully submitted:

RICHARD B. REILING (#0066118)
141 West First St., Suite 1000
Dayton, OH 45402
(937) 222-1148

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Plaintiff's Objection has been served upon Bret K. Bacon and Michael J. Holleran, counsel for Defendant, at 55 Public Square Bldg., 19th Floor, Cleveland, OH 44113, by First Class U.S. Mail, postage prepaid, this 21st day of April, 2004.

RICHARD B. REILING (#0066118)