# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** SD of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:02cv0412 | **Court of Appeals Case No:** 04-3544 |
| **SHORT CAPTION** | |
| MARGARET ALLEN — RECEIVED APR 2 6 2004 Leonard Green Clerk | **Case Manager:** JILL COLYER |
| **Plaintiff/Petitioner** vs. UNUM INSURANCE **Defendant/Respondent** *provide pro se address IF NOT on the docket sheet | **Date Filed:** FILED APR 3 0 2004 LEONARD GREEN, Clerk |
| **District Court Judge:** HERMAN J. WEBER **Court Reporter(s):** | **Anything That Needs Special Attention** NOTICE OF APPEAL(DOC.35) appealing ORDER(DOC.33) and FINAL JUDGMENT(DOC.34) entered on 3/25/2004. |
| **From Deputy Clerk:** ARTHUR HILL **Date:** 4/26/2004 | 04 APR 30 PM 2:4[?] FILED JAMES BONINI CLERK |
| $255.00 Appeal Filing Fee Paid? YES | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)    Volume(s)

Deposition(s)    Volume(s)    Exhibit(s)    Volume(s)

Transcript(s)    Volume(s)    **Sealed**    Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: __JAMES BONINI__
United States District Court