UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-3544

FILED
JAMES BONINI
CLERK

05 SEP 19 PM 1:07

Filed: September 16, 2005

MARGARET ALLEN

    Plaintiff - Appellant

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA

    Defendant - Appellee

1:02cv412

## MANDATE

Pursuant to the court's disposition that was filed 8/5/05 the mandate for this case hereby issues today.

A True Copy.

No costs taxed

Attest:

Filing Fee ..........$
Printing ............$
    Total ........$

_____
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**LEONARD GREEN**
CLERK

VALERIE FIELDS
(513) 564-7026
www.ca6.uscourts.gov

Filed: September 16, 2005

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

RE: 04-3544
    Allen vs. Unum Life Ins Co
    District Court No. 02-00412

Enclosed is a copy of the mandate filed in this case.

Leonard Green, Clerk

(Ms.) Valerie Fields
Deputy Clerk

cc:
  Honorable Herman J. Weber
  Mr. Richard B. Reiling
  Mr. Brett K. Bacon